1030

[No. 38558-9-II. Division Two. June 28, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. AZAEL ORTIZ-LOPEZ, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 07-1-00619-2, John F. Nichols, J., entered November 13, 2008. *Affirmed in part* and *reversed in part* by unpublished opinion per Penoyar, C.J., concurred in by Van Deren and Johanson, JJ.

[Nos. 38565-1-II; 39890-7-II. Division Two. June 28, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. AZAEL ORTIZ-LOPEZ, *Appellant*.

*In the Matter of the Personal Restraint of* AZAEL ORTIZ-LOPEZ, *Petitioner*.

Appeal from a judgment of the Superior Court for Clark County, No. 08-1-00710-3, John F. Nichols, J., entered October 27, 2008, together with a petition for relief from personal restraint. Judgment *affirmed in part* and *reversed in part* and petition *denied* by unpublished opinion per Penoyar, C.J., concurred in by Van Deren and Johanson, JJ.

[No. 39321-2-II. Division Two. June 28, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. NORMAN JACKSON, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 98-1-00394-6, James R. Orlando and Ronald E. Culpepper, JJ., entered May 29, 2009. *Reversed* and *remanded with instructions* by unpublished opinion per Johanson, J., concurred in by Penoyar, C.J., and Hunt, J.